IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

KAREN HOLCOMB,

           Petitioner,

v.                                  CIVIL ACTION NO. 2:05-0208

JOHN FORD,

           Respondent.

**JUDGMENT ORDER**

In accordance with the accompanying order, the Court **DISMISSES** this action for lack of jurisdiction an venue.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

                      ENTER:     May 6, 2005

                      ROBERT C. CHAMBERS
                      UNITED STATES DISTRICT JUDGE